**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Leah A. Bilyeu, | ) | No. CIV 06-429-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Discover Financial Services, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Having received Plaintiff's Motion to File First Amended Complaint [Doc. No. 14], no objections being made thereto, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to File First Amended Complaint [Doc. No. 14] is **GRANTED**, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Plaintiff is directed to file with the Court a signed Amended Complaint, pursuant to Rule 11 of the Federal Rules of Civil Procedure and LRCiv 7.1(b)(1) of the Rules of Practice of the United States District Court for the District of Arizona.

DATED this 19th day of October, 2006.

Stephen M. McNamee
United States District Judge