**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Leah A. Bilyeu, ) | No. CIV 06-429-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Discover Financial Services, Inc., ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant Discover Financial Services, Inc.'s ("Discover") Motion for Approval of Settlement Agreement and Release. (Dkt. 26).

**DISCUSSION**

Under the Family Medical and Leave Act, "employees cannot waive, nor may employers induce employees to waive, their rights under the FMLA." 29 C.F.R. § 825.220(d). The Ninth Circuit has not addressed the issue of whether a settlement agreement and release of claims reached in an FMLA case requires court approval. However, as Discover indicates, the Fourth Circuit interpreted the plain meaning of the FMLA as requiring Department of Labor or court approval before waiving employee rights under the FMLA. *Taylor v. Progress Energy, Inc.*, 415 F.3d 364, 368 (4th Cir. 2005). Thus, in light of the Fourth Circuit's holding in *Taylor*, Discover requests the Court to approve the parties' settlement agreement.

According to Discover, the parties have agreed upon a settlement agreement and release of all the claims asserted by Plaintiff and the settlement "is a fair and reasonable

1  resolution of the claims asserted by Plaintiff." (Dkt. 7 at 9).  Plaintiff, who received notice
2  of Discover's  Discover's Motion for Approval of Settlement Agreement and Release on
3  March 2, 2007, has not opposed the motion.  Accordingly, the Court will grant Discover's
4  motion.

## CONCLUSION

6  Accordingly,

7  **IT IS ORDERED** that Discover Financial Services, Inc.'s Motion for Approval of
8  Settlement Agreement and Release (Dkt. 26) is **GRANTED**.

9  **IT IS FURTHER ORDERED** that the Court will conduct a Status Hearing in this
10 matter on **Monday, June 4, 2007, at 10:00 a.m.,** before the Honorable Stephen M.
11 McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

12 **IT IS FURTHER ORDERED** that the parties have 30 days from the date of this
13 Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the
14 Status Hearing will be vacated.

15 DATED this 30th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge