**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leah A. Bilyeu, ) | No. CIV 06-429-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Discover Financial Services, Inc., ) | |
| Defendant. ) | |

On May, 31, 2007, the parties filed a Status Report requesting that the Court continue the status hearing scheduled for Monday June 4, 2007. (Dkt. 29) According to the parties, they have "resolved their differences, the settlement documents have been signed and the parties are waiting for the settlement funds to be processed and delivered." The parties further state that they expect to file stipulation to dismiss by June 4, 2007. In light of representations contained in the Status Report,

**IT IS ORDERED** that the Status Hearing scheduled for **Monday, June 4, 2007, is VACATED.**

**IT IS FURTHER ORDERED** that the Court will conduct a Status Hearing in this matter **on Tuesday, June 19, 2007 at 3:00 p.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

//

//

1    **IT IS FURTHER ORDERED** that the parties have until Friday, June 15, 2007, to file a stipulated dismissal, and that if such a dismissal is timely filed, the Status Hearing will be vacated.

DATED this 1st day of June, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -