**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Leah A. Bilyeu, | ) | No. CIV 06-429-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Discover Financial Services, Inc., | ) ) | |
| Defendant. | ) ) | |

Pending before the Court is the parties' Stipulation For Dismissal with Prejudice [Doc. No. 31]. Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation For Dismissal with Prejudice [Doc. No. 31] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 11th day of June, 2007.

Stephen M. McNamee
United States District Judge